IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DANIEL STRICKLAND,**
**ADC #092586**                                                                         **PLAINTIFF**

**V.**                 **5:15-CV-349-BRW-BD**

**COREY RAYNER,** *et al.*                                           **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, the timely objections, as well as a *de novo* review of the record, the Court approves and adopts the Recommendation in all respects.

The motion for summary judgment (Doc. No. 33) is GRANTED, in part, and DENIED, in part. Plaintiff's claims against Defendants Rayner and Holmes are dismissed, with prejudice. Plaintiff may proceed on his failure-to-protect claim against Defendant Singleton.

Plaintiff's motion for ruling (Doc. No. 48) is DENIED as MOOT.

IT IS SO ORDERED, this 21st day of December, 2016.

                                                      /s/ Billy Roy Wilson
                                                 UNITED STATES DISTRICT JUDGE